PREET BHARARA
United States Attorney for the
Southern District of New York
By:  KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2805
Fax No.:       (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

                              Plaintiff,     :

                    - against -              :

ANTHONY ZAMMIELLO,                           :

                    Defendant.               :

-----------------------------------------------------------x

**CONSENT JUDGMENT**

10 CIV 5226 (CS)

*10,0227 WP*

     This action having been commenced by the United States of America (the "United States" or the "plaintiff") by the filing of a complaint and the issuance of a summons on July 8, 2010, and the defendant waiving service of the summons and acknowledging receipt of the complaint,

     NOW, on the signed consent of the plaintiff and the defendant, it is hereby

     ORDERED, ADJUDGED AND DECREED that the plaintiff have judgment against the defendant Anthony Zammiello in the sum of $182,004.84, plus costs and disbursements in the sum of $400.00, amounting in all the sum of $182,404.84, with interest from the date of judgment as provided by law and that the plaintiff have execution therefor.

Dated: New York, New York

~~July~~ September 22 , 2010

Agreed and Consented to:

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for the Plaintiff


By: _____
KATHLEEN A. ZEBROWSKI
Assistant United States Attorney

Sworn to before me this
21st day of 2010

_____
KATHY TAYLOR
Notary Public, State of New York
No. 01TA5077230
Qualified in Kings County
Commission Expires May 5, 11


_____
ANTHONY ZAMMIELLO
Defendant, Pro Se

Sworn to before me this
15 th day of Sep 2010

_____
ROBERT S. RAHEMBA
NOTARY PUBLIC
DUTCHESS COUNTY
STATE OF NEW YORK
COMM. EXPIRES 4-30-2011


SO ORDERED:

DATED: 10/1/10

_____
UNITED STATES DISTRICT JUDGE